Commonwealth ex rel. Bresnock, Appellant, *v.* Myers.

Submitted March 20, 1967. *Joseph Russell Bresnock,* appellant, in propria persona; *Frank M. Allen* and *Paris J. DeSantis,* Assistant District Attorneys, and *Harry W. Lightstone,* District Attorney, for appellee.

Order affirmed.

WATKINS, J., took no part in the consideration or decision of this case.